**Robert S. Brennen**
(410) 385-3653
rbrennen@milesstockbridge.com

July 28, 2003

Clerk
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201
**Attn: Ms. Gibbons**

Re:    Thompson v. Martin, et al.

Dear Ms. Gibbons:

Enclosed please find a Summons in a Civil Case. Please issue the Summons and return to this office for service by private process.

Thank you for your assistance in this matter.

Very truly yours,

/s/

Robert S. Brennen

RSB/kac

Enclosure

::ODMA\PCDOCS\BALT01\734302\1