IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEAN JEFFREY THOMPSON,    *

    PLAINTIFF    *

V.    *    CASE NO. WDQ 1:02-CV-1989

DETECTIVE STEPHEN MARTIN,    *
    ET AL.
    *

    DEFENDANTS
_____/

**BALTIMORE POLICE DEPARTMENT'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to F.R.C.P. 12(b)(6), the Baltimore Police Department ("BPD"), by and through undersigned counsel, moves to dismiss all counts alleged against the BPD as set forth in Plaintiff's First Amended Complaint and Demand for Jury Trial, and in support thereof, states as follows:

1. Plaintiff's § 1983 action against the BPD (Count II) fails to state a cause of action;

2. Plaintiff's supplemental state claims for assault and battery (Counts III and IV) cannot be maintained against the BPD, on the basis of sovereign immunity;

3. Plaintiff has failed to comply with the Local Government Tort Claims Act, MD. CODE ANN., CTS. & JUD. PROC. ART. § 5-301 *et seq.*,

and as a result, Counts III and IV cannot be maintained against the BPD.

A memorandum accompanying this Motion to Dismiss is attached hereto.

        Respectfully submitted,

*/s/ signature*

Howard B. Hoffman, Esq., Bar # 25965
Associate Solicitor
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
Telephone: (410) 396-2496
Facsimile:  (410) 396-2126
Attorney for Baltimore Police Department