IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SEAN JEFFREY THOMPSON, | * |
| PLAINTIFF | * |
| V. | * CASE NO. WDQ 1:02-CV-1989 |
| DETECTIVE STEPHEN MARTIN, ET AL. | * |
| | * |
| DEFENDANTS | |

## ORDER OF DISMISSAL

On this ___ day of _____, 2003, the Motion to Dismiss filed by the Baltimore Police Department in the above-captioned case is **GRANTED**; and it is hereby **ORDERED** that the above-captioned matter is dismissed with prejudice and without leave to amend.

_____
Hon. William D. Quarles

_____
Date

To: Robert S. Brennan, Esq.
    c/o Miles & Stockbridge P.C.
    10 Light Street
    Baltimore, Maryland 21202

    Howard B. Hoffman, Esq.
    Baltimore Police Dep't, Office of Legal Affairs
    601 East Fayette Street
    Baltimore, Maryland 21202