Notice of Tort Claim
Under Maryland Tort Claim Act

Richard Dixon
State Treasury Bld.
Annapolis Md.
Annapolis Md, 21401

Sean Thompson
#1140243
B.C.D.C
Balto Md 21202

May 19th, 2002

Dear Mr. Dixon:

Pursuant to the annotated code of Maryland, I hereby submit a claim based upon the actions of the Baltimore City Police Dept.

Summary of Facts

On May 29, 2002 at approximately 10:30 pm I was arrested by Baltimore city Police Dept. I was then placed in an Interrogation Room and questioned by a Detective Martin. When I didn't answer his questions to his satisfaction, He then placed the handcuffs behind my back and punched me in the side of the head (3 times) and kicked my legs out from underneath of me. So I was laying on the floor, where upon Detective Martin twisted + pulled on my (left ankle). All the while stating "your going back for 4yrs." This is a violation of my Constitutional Rights Amendments (#5, #8, #14) A film by pokholer will show that I was working five of the time of arrest on Wilkins Ave.

→

(2) It is my intention to pursue a tort claim against the officer (Detective) who did this to me and against Baltimore City, including but not limited to, Assault & Battery, Assault with Intent to Maim Battery, Assault with Intent to Maim above.

(3) Damages
I intend to demand $200,000.00 in settlement for claims set forth above.

(4) Parties
Detective Martin Southwest District 424 Fonthill Ave
South West District Police Dept 424 Fonthill Ave

I hereby swear the following is true to the best of my knowledge

[signature]
Sean Thompson
1140243
401 East Eager St
B.C.D.C
Balto Md 21202

5/29/02
Dad R Brady
N 89 Patl
[signature]
Commission [exp] 11/1/07

City Solicitor
City Hall
100 N. Holiday St
Balto md 21202.

1) Dear City Solicitor,

Persuant to the Annotated Code of Maryland, I Hereby Submit a claim based upon Actions by the Baltimore City Police Department.

① Summary of Facts

On March 29, 2003 at Approximately 10:30 p.m. I was arrested by Baltimore City Police Department. I was then placed in an Interrogation Room, and questioned by detective Marsh, when I didn't answere my questions to his satisfaction. He then placed the handcuffs behind my back and punched me in the side of my head (3 times) and then kicked my legs out from underneath of me. So I was laying on the floor. Where upon He twisted and pulled on my left ankle. All the while stating, "I was going back for this". This is a violation of my Constitutional right (Amendment) #2 #8 #14. A City by the D/O Rankes will and show that I was nothing going on at time of arrest on Nothing that show damage done to Ankle(left). And Medical Records from Mercy Hospital on March 30th, 2003 will



And medical records from Mercy Hospital on March 30th 2002 will show damage done to left ankle

(2) Claims

It is my intention to pursue a Tort Claim agaist the Detective who did this to me and agaist the state of Maryland including but not limited to Assault + Battery Assault with Intent to Maim.

(3) Damages

I intend to demand $100,000 in settlement for claims set forth.

(4) Parties

Detective Martin
424, Fonthill Ave
Baltc Md 21202

South, West Police Dept
424, Fonthill Ave
Baltc Md 21202

I heeby swear the following is true to the best of my knowledge

[signature]

Sean Thompson
#1140243
401 East Eager St.
Baltc Md 21202

5/24/02
[signature]
Notary Public
Commission Expires 11/1/03

NANCY K. KOPP
TREASURER

CHARLES G. WILLIAMS
CHIEF DEPUTY

THOMAS C. KELLEY, JR.
DIRECTOR

THOMAS M. STOUT
DEPUTY DIRECTOR

**MARYLAND STATE TREASURER**
INSURANCE DIVISION
80 Calvert Street, Room - 400
ANNAPOLIS, MARYLAND 21401

Sean Thompson, #1140243
B.C.D.C.
401 East Eager Street
Baltimore, MD  21202

Date:   6/14/02

RE:   CLAIM NUMBER: 01MD02TG0974
      CLAIMANT     : THOMPSON,S
      DATE OF LOSS: 3/29/02

Dear Mr. Thompson:

This will acknowledge receipt of your claim which has been assigned to me for investigation.

The Maryland Tort Claims Act (Section 12-101 et. seq. of the State Government Article) establishes very strict standards under which a claim may be considered by the State Treasurer's Office. Please note that this letter and the assignment of this claim does not waive any of the State's rights under the Maryland Tort Claims Act.

If you have any questions, please call Karen S. Crook at (410-260-7171).

We will be investigating your claim. We ask that you use the above claim number in any future correspondence.

Cordially,

*Karen Crook*

Claim Adjustor
Insurance Division

EXHIBIT
C

TELEPHONE NUMBERS:
410-260-7684         TOLL FREE 1-800-942-0162         TTY 1-800-735-2225



NANCY K. KOPP
TREASURER

CHARLES G. WILLIAMS
CHIEF DEPUTY

THOMAS C. KELLEY, JR.
DIRECTOR

THOMAS M. STOUT
DEPUTY DIRECTOR

**MARYLAND STATE TREASURER**
INSURANCE DIVISION
80 Calvert Street, Room - 400
ANNAPOLIS, MARYLAND 21401

Mr. Sean Thompson, #1140243
B.C.D.C.
401 East Eager Street
Baltimore, MD 21202

June 14, 2002

RE: CLAIM NUMBER: 01MD02TG0974
    CLAIMANT: Thompson, S.
    DATE OF LOSS: 3/29/02
    CERTIFIED - RETURN RECEIPT REQUESTED

Dear Mr. Thompson:

The Maryland Tort Claims Act (Section 12-101 et. seq. of the State Government Article) establishes very strict standards under which a claim may be considered by the State Treasurer. In particular, the Maryland Tort Claims Act requires that the Treasurer may only pay those claims in which the State is determined to be at fault.

Your claim was carefully investigated. As a result of that investigation of the facts and the application of the Maryland Tort Claims Act, we find that the State was not at fault in the incident that you described. Therefore, your claim must be denied. We suggest you refer your claim to:   **Mr. Richard Lane**
**Baltimore City Law Department**
**100 N. Holliday Street, Rm 31**
**Baltimore, MD 21202**
**(410) 396-3400**

If you have any questions concerning this matter, please write the State Treasurer's Office, 80 Calvert Street, Annapolis, MD 21401.

Very Truly Yours,

Karen Crook
Karen Crook
Casualty Claims Adjuster

EXHIBIT
D

TELEPHONE NUMBERS:
410-260-7684   TOLL FREE 1-800-942-0162   TTY 1-800-735-2225