# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

October 28, 2003

TO COUNSEL OF RECORD

    Re: Sean Jeffrey Thompson v. Detective Stephen Martin
        Civil No. WDQ 02-1989

Dear Counsel:

    A telephone scheduling conference is necessary in the above referenced case. Counsel should confer immediately and contact Chambers, on or before November 4, 2003, with several mutually convenient dates and times.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                Very truly yours,

                                /s/

                                William D. Quarles, Jr.
                                United States District Judge