

# BALTIMORE POLICE DEPARTMENT



MARTIN O'MALLEY
Mayor

KEVIN P. CLARK
Police Commissioner

October 30, 2003

**Via E-Filing**

Hon. William D. Quarles
United States District Court
    For the District of Maryland
Northern Division
4415 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

           Re:    **Thompson v. Martin et al.
                    Case No. WDQ-02-CV-1989**

Dear Judge Quarles:

      Pursuant to this Court's Order dated October 28, 2003, counsel for the Defendants and the Plaintiff have conferred regarding their availability for a telephone scheduling conference.

      Please be advised that counsel for the Defendants and the Plaintiff are available for the telephone scheduling conference on Tuesday, November 4, 2003, at any time throughout the day. (Mr. Brennan will be available at (410) 356-1056).

      Counsel for the Defendants and the Plaintiff are also available on Monday, November 3, 2003 from 8:30 to 10:30 a.m., and again after 2:30 p.m.

      If Your Honor needs additional dates and times, as these may not be convenient to the Court, please let me know.

                                                        Sincerely,

                                                         Howard B. Hoffman
                                                        Associate Solicitor

Attachments
cc:    All Counsel (via E-Filing)