# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

October 31, 2003

TO COUNSEL OF RECORD

    Re: Thompson v. Martin, et al.
        <u>Civil No. WDQ 02-1989</u>

Dear Counsel:

    Please be advised that a telephone conference has been scheduled in this case for Tuesday, November 4, 2003 at 9:30 a.m. Plaintiff's counsel is asked to initiate the call.

    Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

                                    Very truly yours,

                                    /s/

                                  William D. Quarles, Jr.
                                  United States District Judge