# United States District Court
### DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

November 4, 2003

TO COUNSEL OF RECORD

Re: Thompson v. Martin, WDQ-02-1989

Dear Counsel

At the November 4, 2003 telephone conference, I set the following schedule. The Plaintiff must designate expert witnesses by January 5, 2004. Experts for the Defendant must be designated by February 5, 2004. All discovery, including expert discovery, must be complete by May 4, 2004. A status report on this matter is also due May 4, 2004.

Motions are due on July 2, 2004. The pretrial conference will take place on September 7, 2004 at 9:30 a.m. in my chambers.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours

William D. Quarles, Jr.
United States District Judge