## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Sean Jeffrey Thompson,**          *

    **Plaintiff**          *

**v.**          *          Case No.     WDQ 01:02-CV-1989

**Detective Stephen Martin,**          *
**et al.**
              *

    **Defendants**
_____/

## ORDER

UPON CONSIDERATION of the Motion for Leave to Withdrawal as Counsel for Defendants Baltimore Police Department, filed by Howard B. Hoffman, Esq., it is hereby ordered on this _____ day of _____, 200__, that said motion is hereby GRANTED, and the appearance of Howard B. Hoffman, Esq., shall be withdrawn.

_____
Hon. William D. Quarles