IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEAN JEFFREY THOMPSON,           *

    PLAINTIFF                  *

v.                               *

                                    CASE NO. WDQ 1:02-CV-1989

DETECTIVE STEPHEN MARTIN         *
    ET AL.
                             *

    DEFENDANTS
*   *   *   *   *   *   *   *   *   *   *

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Sheila Anderson, Chief Legal Counsel, for Defendant, Baltimore Police Department.

/s/ Sheila Anderson
Sheila Anderson
Federal Bar No. 26891
Chief Legal Counsel
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
410-396-2496


Peter Saar
Federal Bar No. 26666
Deputy Legal Counsel
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
Telephone 410-396-2496


Counsel for Defendant
Baltimore Police Department

CERTIFICATE OF SERVICE

    I certify that on December 15, 2003 a copy of the Withdrawal of Counsel by Howard B. Hoffman and Defendant's, Baltimore Police Department's, Entry of Appearance of Counsel were mailed first class, postage pre-paid, to the following:

Robert Scott Brennan, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
*Attorney for Plaintiff*

Michael A. Brown, Esq.
Troy A. Priest, Esq.
Brown, Diffenderfer & Kearney, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230
*Attorneys for Defendant Martin*

Peter Saar