IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

SEAN JEFFREY THOMPSON #1140243,   *

    Plaintiff,   *

v.   *   Civil Action No: S-02-1989

DETECTIVE STEPHEN MARTIN   *

    Defendants.   *

\* * * * * * * * * * * * *

**<u>LINE</u>**

Please remove the law firm of Brown, Diffenderffer & Kearney, LLP[1] as counsel in the above-captioned case and enter the appearance of Brown & Sheehan, LLP, Tide Point, The Tide Building, 1010 Hull Street, Suite 300, Baltimore, Maryland 21230.

Respectfully submitted,

_____/s/_____
Troy A. Priest, Esquire
Brown & Sheehan, LLP
Tide Point, The Tide Building
1010 Hull Street, Suite 300
Baltimore, MD   21230

*Attorney for Defendant*
*Detective Steve Martin*

---

[1] Brown & Sheehan, LLP is the successor firm to Brown, Diffenderffer & Kearney, LLP as of January 1, 2004.