## CERTIFICATE OF SERVICE

I certify that on March 1, 2004 copies of the Defendant's, Baltimore Police Department's, Motion for Leave to Take the Deposition of Plaintiff, Sean Jeffrey Thompson, were transmitted by electronic e-mail filing of the Defendant's motion to the following:

Robert S. Brennan, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202

Attorney for the Plaintiff
Sean Jeffrey Thompson

Troy A. Priest, Esq.
Brown & Sheehan, L.L.P.
Tide Point
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

Attorney for the Defendant
Detective Stephen Martin

Peter Saar