IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SEAN JEFFREY THOMPSON | * | |
| Plaintiff, | | |
| v | * | Civil Action No. WDQ-02-CV-1989 |
| DETECTIVE STEPHEN MARTIN, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \*

## MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF, SEAN JEFFREY THOMPSON

Now come the Defendant, Baltimore Police Department, by its undersigned counsel pursuant to Fed. R. Civ. Proc. 30(a)(2), and requests leave of the court to take the deposition of the Plaintiff, Sean Jeffrey Thompson, who is currently in the custody of the Department of Public Safety and Correctional Services, Division of Corrections at Maryland Correctional Institute-Hagerstown, 18601 Roxbury Road, Hagerstown, Maryland 21746, for the purposes of discovery in the above-captioned matter.

Peter Saar, Federal Bar No. 26666
Deputy Legal Counsel
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
(410) 396-2496

Attorney for the Defendant
Baltimore Police Department