IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SEAN JEFFREY THOMPSON | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: **WDQ 1:02-CV-1989** |
| DETECTIVE STEPHEN MARTIN, et al. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO MODIFY THE PRETRIAL SCHEDULING ORDER

Now comes theDefendants, Baltimore Police Department and Officers John Doe 1-10, by their attorney, Peter Saar, Deputy Legal Counsel, pursuant to Fed. R. Civ. Pro. 7, and moves this Honorable Court to modify its pretrial scheduling order, and for their reasons state:

1. Plaintiff's counsel had indicated an interest in taking the depositions of the Defendant, Steve Martin, and three other officers on or about April 21, 2004.

2. One officer, Mark Kahler, was absent from the Department until April 1, 2004, due to medical leave.

3. The Plaintiff's deposition was noted for April 22, 2004 at the Maryland Correctional Institute, Hagerstown.

4. Plaintiff's counsel, Robert S. Brennen, Esq., contacted counsel on April 20, to advise that he was unable to participate in the depositions due some matters that suddenly required his attention.

5. The discovery deadline set in the pretrial scheduling order is May 4, 2004.

6. Plaintiff's counsel had indicated continued interest in conducting depositions of the officers, and noted dates in mid-May, for which the officers are available.

7. Defendants', Baltimore Police Department's and John Doe Officers' 1-10, counsel also continues to desire a deposition of the Plaintiff, but due to conflicts in all counsels' schedules, has not been able to establish a date within the discovery deadline set.

8. Counsel believes that a modification of the pre-trial scheduling order to June 4, 2004 would permit all depositions to be concluded.

9. Counsel also moves the status report deadline be modified to coincide with the proposed June 4, 2004 discovery deadline.

Wherefore, the Defendants, Baltimore Police Department and John Doe Officers 1-10, respectfully requests this Honorable Court to modify the Court's pre-trial scheduling order as noted.

Peter Saar, Fed. Bar No. 26666
Deputy Legal Counsel
Office of Legal Affairs
Baltimore Police Department
242 W. 29 th Street
Baltimore, Maryland 21211
410-396-2496

Attorney for Defendants
Baltimore Police Department
John Doe Officers 1-10