IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**SEAN JEFFREY THOMPSON** *

    Plaintiff, *

v. * Civil Action No.: **WDQ 1:02-CV-1989**

**DETECTIVE STEPHEN MARTIN**, et al. *

    Defendants. *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

    I certify that copies of the Defendants', Baltimore Police Department's and Officer John Does 1-10, Motion to Modify the Pretrial Scheduling Order were transmitted electronically to the following parties, with paper copies mailed first class, postage pre-paid to the following:

Robert S. Brennen, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202

Troy A. Priest, Esq.
Brown & Sheehan, LLC
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

                                            Peter Saar