IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SEAN JEFFREY THOMPSON** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: **WDQ 1:02-CV-1989** |
| **DETECTIVE STEPHEN MARTIN,** et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court, having considered the Motion of the Defendants, and any opposition thereto, hereby ORDERS the Clerk of the Court to modify the pre-trial scheduling order to reflect the discovery deadline is <u>June 4, 2004</u> and the status report to the court is due on <u>June 4, 2004</u>.

                                                                                                 _____

                                                                             William D. Quarles
                                                                             Judge of the United States District Court
                                                                             for the District of Maryland