## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**SEAN JEFFREY THOMPSON**          *

      Plaintiff,          *

v.          *          Civil Action No.:  **WDQ 1:02-CV-1989**

**DETECTIVE STEPHEN MARTIN**, et al. *

      Defendants.          *

*     *     *     *     *     *     *     *     *     *     *     *     *

## <u>LINE</u>

Plaintiff, Sean Jeffrey Thompson, by his undersigned counsel, hereby adopts, joints in, and

consents to the Motion to Modify the Pretrial Scheduling Order filed by Defendants, Baltimore

Department and Officer John Does 1-10.


                              Respectfully submitted,


Dated:  May 3, 2004                        /s/
                              Robert S. Brennen
                              MILES & STOCKBRIDGE P.C.
                              10 Light Street
                              Baltimore, Maryland 21202
                              (410) 385-3653

                              Attorneys for Plaintiff, Sean Jeffrey Thompson

::ODMA\PCDOCS\BALT01\828368\1