**SEAN JEFFREY THOMPSON**               *

    Plaintiff,                               *

v.                                                    *       Civil Action No.: **WDQ 1:02-CV-1989**

**DETECTIVE STEPHEN MARTIN**, et al. *

    Defendants.                           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**Certificate of Service**</u>

    I certify that on May 4, 2004 a copy of the Defendant's Status Report was transmitted by electronic facsimile copy with a paper copy mailed first class, postage pre-paid to the following parties:

Robert S. Brennen, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202

Troy A. Priest, Esq.
Brown & Sheehan, LLC
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

                                                _____
                                                Peter Saar