| | | |
|---|---|---|
| **SEAN JEFFREY THOMPSON** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: **WDQ 1:02-CV-1989** |
| **DETECTIVE STEPHEN MARTIN**, et al. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### Certificate of Service

I certify that on May 4, 2004 copies of the Defendant's Notice of Discovery were sent by electronic facsimile and a paper copy was mailed first class to the following parties:

Robert S. Brennen, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202

Attorney for the Plaintiff
Sean Jeffrey Thompson

Troy A. Priest, Esq.
Brown & Sheehan, LLC
The Tide Building Suite 300
1010 Hull Street
Baltimore, Maryland 21230

Attorney for Defendant
Detective Steve Martin

_____
Peter Saar