| | |
|---|---|
| **SEAN JEFFREY THOMPSON**   * | |
| Plaintiff,   * | |
| v.   * | Civil Action No.: **WDQ 1:02-CV-1989** |
| **DETECTIVE STEPHEN MARTIN**, et al. * | |
| Defendants.   * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### Certificate of Service

I certify that on May 4, 2004 a copy of the Defendant's Status Report was transmitted by electronic facsimile copy with a paper copy mailed first class, postage pre-paid to the following parties:

Robert S. Brennen, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202

Troy A. Priest, Esq.
Brown & Sheehan, LLC
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

_/s/ Peter Saar_
Peter Saar