SEAN JEFFREY THOMPSON      *

    Plaintiff,      *

v.      *      Civil Action No.: **WDQ 1:02-CV-1989**

DETECTIVE STEPHEN MARTIN, et al. *

    Defendants.      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STATUS REPORT FOR DEFENDANT, BALTIMORE POLICE DEPARTMENT

1. Defendant has supplied extensive documentation in support of its responses to interrogatories and request for production of documents, as noted on January 30, February 13, and March 31, 2004

2. Defendant submitted interrogatories and request for production of documents on March 10, 2004, but no response has been received as yet. A letter has been facsimiled to counsel's office this date requesting responses.

3. Depositions originally intended to be accomplished during the week of April 5, 2004 had to be canceled, as counsel Troy Priest was unavailable, and one officer could not be arranged due to a medical recovery issue.

4. Alternate dates for deposition were set for April 21, and April 22, 2004 for officers and the plaintiff, but on April 19, 2004 plaintiff's counsel's office contacted Defendant's counsel to advise that he was not able to participate due to an unforeseen matter requiring his attention. Counsel the next day confirmed the conflict, and indicated that dates in mid-May would be free for him.

5. Officers have indicated that they can also attend depositions on or about May 18, 2004. The prison officials indicated that they can accommodate the deposition of the plaintiff with several days notice.

6. The Court's discovery deadline is May 4, 2004. A motion for extension of time to complete discovery was filed by Defendant on April 30, 2004.

*[signature]*
Peter Saar, Fed. Bar No.: 26666
Deputy Legal Counsel
Office of Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211

Attorney for the Defendant
Baltimore Police Department