IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SEAN JEFFREY THOMPSON** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: **WDQ 1:02-CV-1989** |
| **DETECTIVE STEPHEN MARTIN**, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**LINE**

Plaintiff, Sean Jeffrey Thompson, by his undersigned counsel, hereby adopts, joints in, and consents to the Motion to Modify the Pretrial Scheduling Order filed by Defendants, Baltimore Department and Officer John Does 1-10.

Respectfully submitted,

Dated: May 3, 2004

/s/
Robert S. Brennen
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 385-3653

Attorneys for Plaintiff, Sean Jeffrey Thompson

::ODMA\PCDOCS\BALT01\828368\1