IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEAN JEFFREY THOMPSON

    Plaintiff,                               *

v.                                        *    Civil Action No.: **WDQ 1:02-CV-1989**

DETECTIVE STEPHEN MARTIN, et al. *

    Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO WITHDRAW APPEARANCE OF COUNSEL

And now comes Sheila Anderson, Esquire, pursuant to Fed. R. Civ. P., 7(b), and L.R. 101.2(b), and moves this Honorable Court to withdraw her appearance for the Defendant, Baltimore Police Department, in the above-captioned matter. Peter Saar, Esquire previously entered his appearance for the Defendant, Baltimore Police Department. The Baltimore Police Department will in no way be prejudiced by undersigned counsel's withdrawal of appearance.

*/s/ Sheila Anderson*
/ Sheila Anderson, Esq.
Federal Bar # 26891
Rm. 214, Law School
1420 N. Charles Street
Baltimore, Maryland 21201-5720

Telephone: 410-534-4401
Fax:        410-534-1101

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEAN JEFFREY THOMPSON     *

    Plaintiff,

v.     Civil Action No. WDQ 1:02-CV-1989

DETECTIVE STEPHEN MARTIN, et al.

    Defendants.     *

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I certify that on this _18th_ day of June, 2004 a copy of the Motion to Withdraw Appearance of Counsel was mailed via first class mail, postage pre-paid to the following:

Robert S. Brennen, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202

Troy A. Priest, Esq.
Brown & Sheehan, LLC
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

Sheila Anderson, Esq.
1420 N. Charles Street
Rm. 214, Law School
Baltimore, Maryland 21201-5720

_/s/ Peter Saar_
Peter Saar, Esq.
Federal Bar #26666
Office Legal Affairs
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211
410-396-2496

Counsel for Defendant
Baltimore Police Department