IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEAN JEFFREY THOMPSON         *

    Plaintiff,             *

v.                                         Civil Action No.: WDQ 1:02-CV-1989

DETECTIVE STEPHEN MARTIN, et al

    Defendants.

\*  \*  \*  \*    \*  \*  \*  \*  \*  \*  \*

### ORDER

Having considered the Motion to Withdraw Appearance of Counsel filed by Sheila Anderson, Esq., and any opposition thereto, it is this ____21st____ day of June, 2004 hereby ORDERED:

1    That the appearance of Sheila Anderson, Esq., as counsel for Defendant, Baltimore Police Department is hereby withdrawn; and

2.    That the Clerk of the court shall notify all parties of this Court's decision

_____
William D. Quarles
Judge of the United States District Court
For the District of Maryland