United States District Court
District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

August 31, 2004

TO COUNSEL OF RECORD

    Re: Sean Jeffrey Thompson v. Detective Stephen Martin, et al.
       Civil No. WDQ 02-1989

Dear Counsel:

    Due to a conflict in my schedule, the pretrial conference set in the above captioned case for September 7, 2004 at 9:30 a.m. has been changed to **9:00 a.m.** in my chambers.

    Please advise my office immediately upon receipt of this letter if this change in time causes any difficulty. Thank you for your anticipated cooperation in this regard.

                              Very truly yours,

                              /s/

                              William D. Quarles, Jr.
                              United States District Judge