# United States District Court
## District of Maryland

**CHAMBERS OF**
**WILLIAM D. QUARLES, JR.**
**UNITED STATES DISTRICT JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

September 10, 2004

TO COUNSEL OF RECORD:

Re: <u>Thompson v. Martin, et al. WDQ-02-CV-1989</u>

Dear Counsel

    The Court acknowledges and appreciates the receipt of the plaintiff's proposed pretrial order. However, a partial order reflecting only the plaintiff's trial position is not particularly helpful. Therefore, I ask counsel to confer and submit a proposed joint pretrial order on or before March 4, 2005.

    Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2004 SEP 13 A 8:36
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY