**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**SEAN JEFFREY THOMPSON,**     *

   Plaintiff,     *

v.     *     Civil Action No.:     **WDQ 1:02-CV-1989**

**DETECTIVE STEPHEN MARTIN**, *et al*.,*

   Defendants.     *

* * * * * * * * * * * * *

**ORDER GRANTING**
**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF**
**HIS PRIOR CRIMINAL CONVICTIONS AND ARREST RECORDS**

Plaintiff's Motion in Limine to exclude evidence of his prior criminal convictions and the related crimes, having been read and considered, it is this __ day of March, 2005, hereby

**ORDERED** that the same be and hereby is **GRANTED**; and it is further

**ORDERED** that all evidence of Plaintiff's prior criminal convictions, arrests, and of the related crimes, including the arrest records and the Statement of Probable cause created in connection with his March, 2002 arrest, shall be excluded from all aspects of the trial in this matter, including direct evidence, cross examination, impeachment, opening statements and closing argument.

Dated: March __, 2005

                                                 _____
                                                 William D. Quarles, Judge
                                                 United States District Court for the
                                                     District of Maryland