# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**SEAN JEFFREY THOMPSON,**          *

    Plaintiff,          *

v.          *   Civil Action No.:   **WDQ 1:02-CV-1989**

**DETECTIVE STEPHEN MARTIN**, *et al.*,*

    Defendants.          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **SPECIAL VERDICT FORM**

Plaintiff, Sean Jeffrey Thompson, by his undersigned counsel, request that the attached special verdict form be submitted to the Jury for entry and recordation of its verdict.

Dated: March 4, 2005

                                            _____/s/_____
                                            Robert S. Brennen
                                            Todd M. Reinecker
                                            MILES & STOCKBRIDGE P.C.
                                            10 Light Street
                                            Baltimore, Maryland 21202
                                            (410) 385-3653

                                            Attorneys for Plaintiff, Sean Jeffrey Thompson

**VERDICT FORM**

I. **Deprivation of Constitutional Rights**

**Question 1(a)** Do you find that Defendant Stephen Martin violated Plaintiff Sean Thompson's constitutional rights?

Yes_____      No_____

**Question 1(b)** If your answer to Question 1(a) is yes, what amount of compensatory damages do you award to Plaintiff Sean Thompson as a result of Defendant Stephen Martin's violation of Plaintiff Sean Thompson's constitutional rights?

$_____

**Question 1(c)** If your answer to Question 1(a) is yes, what amount of punitive damages do you award to Plaintiff Sean Thompson as a result of Defendant Stephen Martin's violation of Plaintiff Sean Thompson's constitutional rights?

$_____

**Question 1(d)** If your answer to Question 1(a) is yes, do you find that Defendant Stephen Martin's violation of Plaintiff Sean Thompson's constitutional rights was the result of a custom or practice within the Baltimore City Police Department?

Yes_____      No_____

**Question 1(e)** Do you find that other officers of the Baltimore City Police Department violated Plaintiff Sean Thompson's constitutional rights through indifference to his injuries and need for medical attention?

Yes_____      No_____

**Question 1(f)** If your answer to Question 1(e) is yes, what amount of compensatory damages do you award to Plaintiff Sean Thompson as a result of those violations of Plaintiff Sean Thompson's constitutional rights?

$_____

**Question 1(g)** If your answer to Question 1(e) is yes, what amount of punitive damages do you award to Plaintiff Sean Thompson as a result of those violations of Plaintiff Sean Thompson's constitutional rights?

$_____

**Question 1(h)** If your answer to Question 1(d) is yes, do you find that the other officers' violation of Plaintiff Sean Thompson's constitutional rights through indifference to his injuries and need for medical attention was the result of a custom or practice within the Baltimore City Police Department?

Yes_____    No_____

## II. **Battery**

**Question 2(a)** Do you find that Defendant Stephen Martin committed a battery against Plaintiff Sean Thompson?

Yes_____   No_____

**Question 2(b)** If your answer to Question 2(a) is yes, what amount of compensatory damages do you award to Plaintiff Sean Thompson as a result of Defendant Stephen Martin's battery of Plaintiff Sean Thompson?

$_____

**Question 2(c)** If your answer to Question 2(a) is yes, what amount of punitive damages do you award to Plaintiff Sean Thompson as a result of Defendant Stephen Martin's battery of Plaintiff Sean Thompson?

$_____

**Question 2(d)** If your answer to Question 2(a) is yes, do you find that Defendant Stephen Martin's battery of Plaintiff Sean Thompson occurred while Defendant Stephen Martin was acting as an agent and employee of the Baltimore City Police Department?

Yes_____   No_____

4

### III. <u>Assault</u>

**Question 3(a)** Do you find that Defendant Stephen Martin committed an assault against Plaintiff Sean Thompson?

Yes_____    No_____

**Question 3(b)** If your answer to Question 3(a) is yes, what amount of compensatory damages do you award to Plaintiff Sean Thompson as a result of Defendant Stephen Martin's assault of Plaintiff Sean Thompson?

$_____

**Question 3(c)** If your answer to Question 3(a) is yes, what amount of punitive damages do you award to Plaintiff Sean Thompson as a result of Defendant Stephen Martin's assault of Plaintiff Sean Thompson?

$_____

**Question 3(d)** If your answer to Question 3(a) is yes, do you find that Defendant Stephen Martin's assault of Plaintiff Sean Thompson occurred while Defendant Stephen Martin was acting as an agent and employee of the Baltimore City Police Department?

Yes_____    No_____

Date:_____                              _____
                                                           Foreperson