**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **SEAN JEFFREY THOMPSON** | * |
| *Plaintiff*, | * |
| v. | *   Civil Action No.: WDQ 1:02-CV-1989 |
| **DETECTIVE STEPHEN MARTIN**, *et al*. | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PETITION AND ORDER FOR WRIT**
**OF HABEAS CORPUS AD TESTIFICANDUM**

Plaintiff, Sean Jeffrey Thompson, by and through his undersigned counsel, hereby files this petition to the Court for a writ of habeas corpus ad testificandum. In support of this petition, Plaintiff states as follows:

Plaintiff, Sean Jeffrey Thompson ("Plaintiff"), is currently confined in the Maryland Correctional Institution in Hagerstown, Maryland (DOC #312-821), and in the custody of the Warden thereof. The above-captioned case is scheduled for trial in the United States District Court for the District of Maryland, Northern Division, on March 14, 2005, at 9:30 a.m. Plaintiff wishes to be present to testify in this matter. In order to secure his attendance at this trial, it is necessary that a writ of habeas corpus ad testificandum be issued commanding the United States Marshals Service to produce Plaintiff at the United States District Court for the District of Maryland, Northern Division, on March 14, 2005, so that he can be called to testify.

WHEREFORE, the foregoing reasons, Plaintiff requests an Order directing the issuance of a writ of habeas corpus ad testificandum from this Court, commanding the United States Marshals Service to have and produce the prisoner at the United States District Court for the

District of Maryland, Northern Division, on the aforementioned date, and that upon the termination of such litigation, to return him forthwith to the Maryland Correctional Institution in Hagerstown, Maryland.

Dated: March 8, 2005

                                          Respectfully submitted,

                                          _____/s/_____
                                          Robert S. Brennen (#04499)
                                          Todd M. Reinecker (#27082)
                                            MILES & STOCKBRIDGE P.C.
                                            10 Light Street
                                            Baltimore, Maryland 21202
                                            (410) 727-6464

                                            Attorneys for Plaintiff,
                                            Sean Jeffrey Thompson

::ODMA\PCDOCS\BALT01\924984\1