# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

**SEAN JEFFREY THOMPSON**  *

    *Plaintiff*,  *

v.  *  **Civil Action No.: WDQ 1:02-CV-1989**

**DETECTIVE STEPHEN MARTIN,** *et al.* *

    *Defendants*.  *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## WRIT OF HABEUS CORPUS AD TESTIFICANDUM

To:    Mr. Joseph Sacchett, Warden
        Maryland Correctional Institution
        18601 Roxbury Road
        Hagerstown, MD 21746

        U.S. Marshal, Johnny Hughes
        6115 U.S. Courthouse
        101 W. Lombard St., Baltimore, MD 21201

        Transportation Corp.
        c/o MRDCC 550 East Madison Street
        Baltimore, MD 21202

We command that you deliver Sean Jeffrey Thompson (DOC #312-821), a person now detained in the Maryland Correctional Institution in Hagerstown, Maryland, to the United States Marshals Service so that he may produce said person under safe and secure conduct before The Honorable William D. Quarles, Jr., at the Untied States District Court for the District of Maryland, Northern Division, on March 14, 2005 at 9:30 a.m., so that said person may appear as Plaintiff and testify in the above-captioned case; and after said person shall have so appeared, returns said person to the aforementioned custody as may be directed by the Court.

Dated:

_____
The Honorable William D. Quarles, Jr.
United States District Judge for the
District of Maryland