## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

**SEAN JEFFREY THOMPSON**  *

   *Plaintiff*,  *

v.  *  **Civil Action No.: WDQ 1:02-CV-1989**

**DETECTIVE STEPHEN MARTIN**, *et al.* *

   *Defendants*.  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of Plaintiff, Sean Jeffrey Thompson's, Petition for Writ of Habeus Corpus Ad Testificandum, and for good cause shown, it is hereby

ORDERED that a writ of habeus corpus ad testificandum shall issue as prayed herein.

Dated:

_____
The Honorable William D. Quarles, Jr.
United States District Judge for the
District of Maryland