FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

'05 MAR -8 P 2 05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| SEAN JEFFREY THOMPSON | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Action No.: WDQ 1:02-CV-1989 |
| DETECTIVE STEPHEN MARTIN, *et al.* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff, Sean Jeffrey Thompson's, Petition for Writ of Habeus Corpus Ad Testificandum, and for good cause shown, it is hereby

ORDERED that a writ of habeus corpus ad testificandum shall issue as prayed herein.

Dated: 3/8/5

_____
The Honorable William D. Quarles, Jr.
United States District Judge for the
District of Maryland