**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**SEAN J. THOMPSON,**

>  **Plaintiff**

**v.**                                                                   **Case No.: WDQ 1:02-CV-1989**

**DETECTIVE STEPHEN MARTIN, et al.,**

>  **Defendants.**

**ORDER DENYING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE**
**EVIDENCE OF PRIOR CRIMINAL CONVICTIONS AND ARREST RECORDS**

Upon consideration of the Motion in Limine to Exclude Evidence of Prior

Criminal Convictions and Arrest Records (the "Motion in Limine") filed by the Plaintiff,

the Baltimore Police Department's (the "BPD"), opposition thereto, it is by the United

States District Court for the District of Maryland, **ORDERED** that the Motion in Limine

be and the same is hereby **DENIED**.


Date:  _____                          _____
                                                 William D. Quarles, Jr.
                                                 United States District Court Judge


>  Copies to:
>
>  Kim Y. Johnson, Esquire
>  Baltimore Police Department
>  Office of Legal Affairs
>  242 W. 29th Street
>  Baltimore, Maryland 21211
>
>  Robert Brennan, Esquire
>  Todd M. Reinecker, Esquire
>  Miles & Stockbridge, P.C.
>  10 Light Street
>  Baltimore, Maryland 21202

2

Troy A. Priest, Esquire
Brown & Sheehan, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230