**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND**

**SEAN J. THOMPSON,**

     **Plaintiff**

**v.**                          **Case No.: WDQ-02-1989**

**DETECTIVE STEPHEN MARTIN, et al.,**

     **Defendants.**

**<u>ENTRY OF APPEARANCE</u>**

     Comes now, the Baltimore Police Department, by its attorneys, and respectfully requests that this Court enter the appearance of Kim Y. Johnson (Bar Number 22447) as counsel for Defendant Baltimore Police Department.

                    Respectfully submitted,


                    _____/s/_____

                    Kim Y. Johnson, Federal Bar No.: 22447
                    Office of Legal Affairs
                    Baltimore Police Department
                    242 West 29th Street
                    Baltimore, Maryland 21211
                    Telephone: (410) 396-2496
                    Facsimile: (410) 396-2126
                    *Attorney for Baltimore Police Department*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2005, that a copy of the foregoing

Entry of Appearance, was electronically filed and served upon:

Robert Brennan, Esquire
Todd M. Reinecker, Esquire
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202

Troy A. Priest, Esquire
Brown & Sheehan, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230

_____/s/_____
Kim Y. Johnson