**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
–Northern Division–

| | | |
|---|---|---|
| SEAN JEFFREY THOMSON | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: WDQ 1:02-CV-1989 |
| | * | |
| DETECTIVE STEPHEN MARTIN, | * | |
| OFFICERS JOHN DOE 1-10, and | * | |
| THE BALTIMORE CITY | * | |
| POLICE DEPARTMENT | * | |
| | * | |
| Defendants | * | |

**CONSENT ORDER EXTENDING DEADLINE FOR POST TRIAL MOTIONS**

The Parties, by their undersigned counsel, hereby request and consent to a twenty-day extension of the deadline for filing post trial motions, including, without limitation, motions under Rule 59 of the Federal Rules of Civil Procedure, to and including April, 18, 2005.

Respectfully submitted,

MILES & STOCKBRIDGE P.C.

By: /s/
Robert S. Brennen
Todd M. Reinecker
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Plaintiff,
Sean Jeffrey Thompson

By: /s/
Troy A. Priest,
Brown & Sheehan, LLC
The Tide Building, Suite 300
1010 Hull Street
Baltimore, MD 21230

Attorney for Defendant,
Detective Stephen Martin

and

By: /s/
Kim Y. Johnson
Office of Legal Affairs

                                                Baltimore Police Department
                                                242 W. 29th Street
                                                Baltimore, MD 21211
                                                (410) 396-2496

                                                Attorney for Defendants,
                                                Baltimore Police Department and
                                                Officers John Doe 1-10

**READ AND APPROVED**


**DATE:**_____         _____
                                                  Hon. William D. Quarles, Jr.
                                                  United States District Court for
                                          The District of Maryland