IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SEAN JEFFREY THOMPSON             *

    *Plaintiff*,                              *

v.                                                *     Civil Action No.: WDQ 1:02-CV- 1989
1989

DETECTIVE STEPHEN MARTIN, *et al.* *

    *Defendants.*                         *

*  *  *  *  *  *  *  *  *  *  *  *

## PLAINTIFF'S EXHIBITS

| NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1. | Blank Explanation of Rights Form | | |
| 1a. | Enlarged version of Exhibit 1 | ↑ | ↑ |
| 2. | Thompson Letter to City Solicitor | | |
| 3. | Thompson Letter to Department of Treasury | | |
| 4. | General Order 3-86 | ↓ | ↓ |
| 5. | Lascola Explanation of Rights Form | | |
| 6. | Recommended Disapl. Action 4/12/90 | 3/15/05 | — |
| 7. | Severe Ltr. of Reprimand 7/23/90 | 3/15/05 | — |
| 8. | Suspension of Police Powers | 3/15/05 | — |
| 9. | | | |
| 10. | | | |

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 15 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND   DEPUTY

BY