## THOMPSON

vs.

## MARTIN

**Civil No. WDQ-02-1989**                    **DEFENDANT'S Trial Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 3/14/05 | ⌢ | **Records received from Plaintiff's Counsel Re: Request for production of documents** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | FILED _____ENTERED<br>_____LODGED_____RECEIVED |
| | | | MAR 1 5 2005 |
| | | | AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List