IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEAN JEFFREY THOMPSON     *

v.     *     Civil No. WDQ-02-1989

STEPEHN MARTIN, et al     *

\*

\*\*\*\*\*\*

CERTIFICATION -
EXHIBITS TO BE SUBMITTED TO JURY

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been <u>admitted into evidence</u> are to be sent to the jury room for use in jury deliberations.

**Counsel for Plaintiff**

_____
Robert Scott Brennen, Esq.

**Counsel for Defendant MARTIN**

_____
Troy Alfred Wiley Priest, Esq.

_____
Todd Reinecker, Esq.

**Counsel for The Baltimore City Police Department:**

_____
Kim Yevette Johnson, Esq.

3/15/05
DATE

U.S. District Court (Rev. 5/2000) - Certification - Exhibits to be Submitted to Jury (Pleading)

FILED ___ LODGED ___ ENTERED ___ RECEIVED
MAR 15 2005
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY