UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| SEAN JEFFREY THOMPSON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. WDQ-02-1989 |
| ) | |
| DETECTIVE STEPHEN MARTIN, ) | Judge William D. Quarles, Jr. |
| OFFICERS JOHN DOE 1-10, and ) | |
| THE BALTIMORE CITY POLICE ) | |
| DEPARTMENT ) | |
| Defendant. ) | |

**VERDICT FORM**

1. Do you find by a preponderance of the evidence that Defendant Stephen Martin assaulted the Plaintiff Sean Thompson?

    Yes_____        No __✓__

    If your answer is no, proceed to Question 6.

2. If your answer to Question 1 is yes, do you find that Defendant Stephen Martin acted with malice?

    Yes _____       No_____

    If your answer is no, proceed to Question 6.

3. If your answer to Question 2 is yes, do you find that Defendant Stephen Martin's assault of Plaintiff Sean Thompson occurred while Defendant Stephen Martin was acting as an agent and employee of the Baltimore City Police Department?

    Yes_____        No_____

_____FILED  _____ENTERED
_____LODGED_____RECEIVED

MAR 1 5 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

4. If you found that Defendant Stephen Martin acted with malice, what, if any, compensatory damages do you award?

   $ _____

5. If you found that Defendant Stephen Martin acted with malice, what, if any, punitive damages do you award?

   $ _____

6. Do you find by a preponderance of the evidence that Defendant Stephen Martin committed battery against the Plaintiff Sean Thompson?

   Yes _____     No ✓
   If your answer is no, proceed to Question 11.

7. If your answer to Question 6 is yes, do you find that Defendant Stephen Martin acted with malice?

   Yes _____     No _____
   If your answer is no, proceed to Question 11.

8. If your answer to Question 7 is yes, do you find that Defendant Stephen Martin's battery of Plaintiff Sean Thompson occurred while Defendant Stephen Martin was acting as an agent and employee of the Baltimore City Police Department?

   Yes _____     No _____

9. If you found that Defendant Stephen Martin acted with malice, what, if any, compensatory damages do you award?

   $ _____

10. If you found that Defendant Stephen Martin acted with malice, what, if any, punitive damages do you award?

    $ _____

11. Do you find by a preponderance of the evidence that Plaintiff Sean Thompson's United States Constitutional Rights were violated by:

    Stephen Martin            Yes ____   No ✓
    Baltimore City Police Department   Yes ____   No ✓

12. If you answered yes to Question 11, in what amount, if any, do you award compensatory damages?

    $_____

13. If you answered yes to Question 11, in what amount, if any, do you award punitive damages?

    $_____

The Jury Foreperson should sign this form below and return it to the Court.

_3/15/05_____          _Charles J Struchln_____
Date                              Jury Foreperson