IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEAN JEFFREY THOMPSON       :

                                                                      :

v.       :       CIVIL NO.: WDQ-02-1989

STEPHEN MARTIN, et al

## ORDER

The above entitled case having come before the Court for a hearing and certain exhibits having been offered by respective counsel, it is the ___ day of March 2005, by the United States District Court for the District of Maryland,

ORDERED that all plaintiffs' and defendants' trial exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

CONSENTED TO AND RECEIVED THE ABOVE INDICATED EXHIBITS THIS DATE:

_____        _____
COUNSEL FOR PLAINTIFF            COUNSEL FOR DEFENDANT Balt. City Police
Robert S. Brennan, Esq.          Kim Y. Johnson, Esq.

Date: MAR 1 5 2005               _____
                                 Troy A.W. Priest, Esq.

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 1 5 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND        DEPUTY

BY