IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | |
|---|---|
| SEAN JEFFREY THOMSON | * |
| Plaintiff, | * |
| v | *  Civil Action No. WDQ 1:02-CV-1989 |
| DETECTIVE STEPHEN MARTIN OFFICERS JOHN DOE 1-10, and THE BALTIMORE CITY POLICE DEPARTMENT | * |
| Defendants | |

## CONSENT ORDER EXTENDING DEADLINE FOR POST TRIAL MOTIONS

The Parties, by their undersigned counsel, hereby request and consent to a twenty-day extension of the deadline for filing post trial motions, including, without limitation, motions under Rule 59 of the Federal Rules of Civil Procedure, to and including April, 18, 2005

Respectfully submitted,

MILES & STOCKBRIDGE P.C

By: /s/
Robert S. Brennen
Todd M. Reinecker
Miles &Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Plaintiff,
Sean Jeffrey Thompson

By: /s/
Troy A. Priest,
Brown & Sheehan, LLC
The Tide Building, Suite 300
1010 Hull Street
Baltimore, MD 21230

Attorney for Defendant
Detective Stephen Martin

and

By: /s/
Kim Y. Johnson
Office of Legal Affairs

Baltimore Police Department
242 W. 29th Street
Baltimore, MD 21211
(410) 396-2496

Attorney for Defendants,
Baltimore Police Department and
Officers John Doe 1-10

**READ AND APPROVED**

DATE: 3/16/5

_____
Hon. William D. Quarles, Jr.
United States District Court for
The District of Maryland