IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SEAN JEFFREY THOMPSON

    *Plaintiff,*

v.                                     Civil Action No.: WDQ 1:02-CV-1989

DETECTIVE STEPHEN MARTIN, *et al.*

    *Defendants.*

## WRIT OF HABEUS CORPUS AD TESTIFICANDUM

To    Mr. Joseph Sacchett, Warden
Maryland Correctional Institution
18601 Roxbury Road
Hagerstown, MD 21746

U.S. Marshal, Johnny Hughes
6115 U.S. Courthouse
101 W. Lombard St., Baltimore, MD 21201

Transportation Corp.
c/o MRDCC 550 East Madison Street
Baltimore, MD 21202

We command that you deliver Sean Jeffrey Thompson (DOC#312-821), a person now detained in the Maryland Correctional Institution in Hagerstown, Maryland, to the United States Marshals Service so that he may produce said person under safe and secure conduct before The Honorable William D. Quarles, Jr at the Untied States District Court for the District of Maryland, Northern Division, on March 14, 2005 at 9:30 a.m., so that said person may appear as Plaintiff and testify in the above-captioned case; and after said person shall have so appeared, return said person to the aforementioned custody as may be directed by the Court.

I hereby attest and certify on _3/8/05_
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

Dated: 3/8/05

By _E. Kuler_ Deputy

The Honorable William D. Quarles, Jr.
United States District Judge for the
District of Maryland