IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | | |
|---|---|---|
| SEAN JEFFREY THOMSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: WDQ 1:02-CV-1989 |
| | * | |
| DETECTIVE STEPHEN MARTIN, | * | |
| OFFICERS JOHN DOE 1-10, and | * | |
| THE BALTIMORE CITY | * | |
| POLICE DEPARTMENT, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Upon consideration of Plaintiff, Sean Jeffrey Thompson's Motion for New Trial, any opposition thereto and for good cause shown, it is this _____ day of _____, 2005 hereby

**ORDERED** that Plaintiff's Motion for New Trial be **GRANTED**.

_____
The Honorable William D. Quarles
United States District Judge for the
District of Maryland