IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

SEAN JEFFREY THOMPSON #1140243,   *

    Plaintiff,   *

v.   *   Civil Action No: S-02-1989

DETECTIVE STEPHEN MARTIN, et al.,   *

    Defendants.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Plaintiff, Sean Jeffrey Thompson's Motion for New Trial, and the Defendants' Oppositions thereto, it is this _____ day of _____, 2005 hereby

**ORDERED** that Plaintiff's Motion for New Trial be **DENIED**.

_____
**The** Honorable William D. Quarles, Jr.
United States District Court for
The District of Maryland