IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

```
                                    *
SEAN JEFFREY THOMSON,
                                    *
     Plaintiff,
v.                                  *      CIVIL NO.: WDQ-02-1989

DETECTIVE STEPHEN MARTIN,           *
OFFICERS JOHN DOE 1 - 10,
and THE BALTIMORE CITY              *
POLICE DEPARTMENT,
                                    *
     Defendants.
*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

Sean Jeffrey Thomson has filed a motion for a new trial pursuant to Federal Rule of Civil Procedure 59.  Having found no cause for a new trial, it is, this 9th day of June 2005, ORDERED that:

1.   the Plaintiff's motion for a new trial BE, and HEREBY IS, DENIED; and

2.   the Clerk of the Court shall send copies of this Order to counsel for the parties.

                              _____/s/_____
                              William D. Quarles, Jr.
                              United States District Judge